ANNA M. HEATH, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40413.) — HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.